JOHN A. CURRAN III, ADMINISTRATOR (ESTATE OF LEEANN CURRAN), ET AL. *v.* SHERRY L. KROLL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 118 Conn. App. 401 (AC 29792), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's granting of a directed verdict in favor of the defendants?"

The Supreme Court docket number is SC 18585.

*Michael G. Rigg* and *Donna R. Zito,* in support of the petition.

*Kathleen L. Nastri* and *Cynthia C. Bott,* in opposition.

Decided March 25, 2010

STATE OF CONNECTICUT *v.* HUDEL CLIFTON GAMBLE

*William B. Westcott,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 304 (AC 29547), is denied.